WILLIAM R. Ross, respondent,

*v.*

ELEANOR J. Ross, appellant.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported *ante p. 261.*

*Messrs. Queen & Stout,* for the respondent.

*Mr. J. Emil Walscheid,* for the appellant.

PER CURIAM.

We concur in the view of the vice-chancellor that the proofs submitted fully justify the conclusion that the respondent was entitled to the relief sought by him in this case. The decree of divorce which the appellant seeks to review will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.